| PROB 22 (Rev. 2/88) | | DOCKET NUMBERS (Tran. Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | ~~96-CR-146-01-SM~~<br>97-CR-10-01-SM<br>~~97-CR-67-01-SM~~ |
| | | DOCKET NUMBERS (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Frank Merlino<br>One Phipps Street<br>Charlestown, MA 02129 | DISTRICT OF NEW HAMPSHIRE | **08 CR 10221** |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Steven J. McAuliffe | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/14/07 — TO 12/13/12 |

OFFENSE

Dkt. #96-CR-146-01-SM: <u>Count I</u>: Bank Fraud, in violation of 18 U.S.C. § 1344(2)
Dkt. #97-CR-10-01-SM: <u>Count I</u>: Making a False Statement on a Bank Credit Card Application, in violation of 18 U.S.C. § 1014
Dkt. #97-CR-67-01-SM: <u>Count I</u>: Use of an Unauthorized Access Device, in violation of 18 U.S.C. § 1029(a)(2)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF NEW HAMPSHIRE</u>

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_January 17, 2008_           _[signature]_
Date                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Feb 18, 2008_          _[signature]_
Effective Date                United States District Judge